1032

No. 10–9913.  IN RE DAVIS.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.  See this Court's Rule 39.8.

No. 10–879.  KURNS, EXECUTRIX OF THE ESTATE OF CORSON, DECEASED, ET AL. *v.* RAILROAD FRICTION PRODUCTS CORP. ET AL.  C. A. 3d Cir.  Certiorari granted.

No. 10–1001.  MARTINEZ *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari granted.

No. 10–821.  QUINN, GOVERNOR OF ILLINOIS *v.* JUDGE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–871.  GENERAL ELECTRIC CO. *v.* JACKSON, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–933.  WELLINGTON *v.* HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 10–980.  GRIFFITH *v.* REDNOUR, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 10–1029.  MARTINEZ ET AL. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 10–1075.  SNIPES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–1174.  ALVAREZ *v.* DES MOINES BOLT SUPPLY, INC.  C. A. 8th Cir.  Certiorari denied.

No. 10–1192.  JONES *v.* OHIO.  Ct. App. Ohio, Jefferson County.  Certiorari denied.

No. 10–1197.  BOLLIGER *v.* KANE.  Sup. Ct. Wash.  Certiorari denied.